■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYREE BLOUNT, Appellant. [59 NYS3d 899]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Murphy, J.), imposed July 7, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid, as the record fails to establish that he knowingly, voluntarily, and intelligently waived his right to appeal (*see People v Bradshaw*, 18 NY3d 257, 272-273 [2011]; *People v Lopez*, 6 NY3d 248, 256 [2006]). However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Hall, LaSalle, Connolly and Brathwaite Nelson, JJ., concur.